JON M. SANDS
Federal Public Defender
**JAY A. MARBLE**
Assistant Federal Public Defender
State Bar No. 021202
407 W. Congress, Suite 501
Tucson, AZ 85701-1355
Telephone: (520)879-7500
*jay_marble@fd.org*
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>David Rodriguez, Jr.,<br><br>        Defendant. | CR21-00522-TUC-JGZ<br><br>**SENTENCING MEMORANDUM**<br><br>**Sentencing:  March 15, 2022** |

Defendant, David Rodriguez, Jr., through counsel, hereby submits this memorandum for his sentencing on March 15, 2022.

RESPECTFULLY SUBMITTED:  March 2, 2022.

                                                JON M. SANDS
                                              Federal Public Defender

                                               *s/Jay A. Marble*
                                              JAY A. MARBLE
                                              Assistant Federal Public Defender

Copy delivered this date to:

Matthew Eltringham
Assistant United States Attorney

Darren Streich
United States Probation Officer

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. Client's Circumstances under 18 U.S.C. § 3553(a)

Mr. Rodriguez has several personal characteristics to present to the Court. First, he is remorseful for his involvement in this case. He was making poor decisions after he learned of his health condition, and he was in a bad mental state from his substance use disorder.

In March 2020, Mr. Rodriguez learned that he has congestive heart failure. *See* https://my.clevelandclinic.org/health/diseases/17069-heart-failure-understanding-heart-failure. After not feeling well and several other health issues, Mr. Rodriguez received this diagnosis from the Canyon Vista Medical Center in Sierra Vista, AZ. Although the medical records do not state how this will impact his life expectancy, Mr. Rodriguez has stated that he was told that he would have about five years to live based upon his diagnosis. Receiving this news was devastating. Mr. Rodriguez was unable to focus on his work and started making several bad decisions. He did not know how to cope with this news. Instead of seeking help, he started to make mistakes.

Mr. Rodriguez has other significant health issues as well. He has diabetes and kidney problems. These issues will clearly affect Mr. Rodriguez's quality of life and his life expectancy. These health issues are of concern for an infection of the coronavirus. Mr. Rodriguez is at a much higher risk of serious complications from Covid-19. In custody, Mr. Rodriguez will be in situations where he cannot control his exposure or limit his risk.

An extended time of incarceration for Mr. Rodriguez will be devastating. It will be difficult to manage his heart condition in custody, and it is a condition that needs to be monitored closely. Mr. Rodriguez is being provided medications, but these will most likely need to be changed over the course of his illness. He is very scared that he will not receive proper treatment, and his condition will deteriorate more quickly.

Mr. Rodriguez has worked hard as a contractor to establish a construction business in Sierra Vista, AZ. At first, Mr. Rodriguez would work for other construction companies, but after he learned the trade, he started his own business. It was not without difficulties, but Mr. Rodriguez prided himself on an excellent work product. Mr. Rodriguez would like to continue to work as a contractor if he is physically able. He understands that his health may affect his ability to work. Nonetheless, he enjoys all aspects of construction work.

II. **Substance Use Disorder**

Mr. Rodriguez has struggled with his substance use disorder for an extended period of time. When he was arrested, he was given the opportunity to go to a treatment facility. Unfortunately, he did not have enough time to clear the drugs from his system, and he was not in the right frame of mind. Mr. Rodriguez would like the Court to know that he was still not thinking clearly when he absconded from his pretrial supervision. He has had more time to reflect on his mistake, and now he fully comprehends that he needs treatment in the future. He understands that this was his mistake, but he would like to be

considered for the BOP's RDAP program. He would benefit from that program, and it would help him maintain his sobriety which is essential for his health.

III. **Sentencing Options**

Mr. Rodriguez is safety valve eligible from the First Step Act and *United States v. Eric Lopez*, 998 F.3d 431 (9th Cir. 2021). While the Sentencing Guidelines have not been updated to reflect the changes made by the First Step Act, Mr. Rodriguez should be provided a two-level variance for safety valve.

Mr. Rodriguez also asks the Court to sustain his objection to a role adjustment under U.S.S.G. § 3B1.2. A role adjustment is appropriate in his case because he was a courier, and he did not have decision making power. He also did not have the ability to decide the type or weight of drugs that were hidden inside the vehicle.

While the sentence should reflect the serious nature of the offense, Mr. Rodriguez should also be sentenced in accordance with other defendants in a similar situation to avoid sentencing disparity. Mr. Rodriguez's medical diagnosis presents unique information that he would respectfully request that the Court consider when imposing his sentence. He is almost 44 years old, but his medical diagnosis will surely limit his life. He would like to be able to spend as much time as possible with his family. Under this situation, the Court will still be able to monitor him on supervised release to make certain he is compliant with his conditions and also make sure that he is not presenting any risks to the community. Supervision will provide an added level of deterrence in Mr. Rodriguez's case.

**CONCLUSION**

Mr. Rodriguez respectfully asks the Court to impose as minimal a sentence as possible. Mr. Rodriguez's unique health issues justify consideration as his heart issue will certainly shorten his life. It has been an emotional and trying time for him to accept this diagnosis. When provided with the bad news, he went into a depressed mood and made several mistakes. In retrospect, he understands that his actions were wrong, but he did not know how to deal with the unexpected news. Mr. Rodriguez will not pose a risk to the community because of his deteriorating health.

RESPECTFULLY SUBMITTED:    March 2, 2022.

JON M. SANDS
Federal Public Defender
 *s/ Jay A. Marble*
JAY A. MARBLE
Assistant Federal Public Defender

Copy delivered electronically this date to:

Matthew Eltringham
Assistant United States Attorney

Darren Streich
United States Probation Officer