GARY M. RESTAINO
United States Attorney
District of Arizona
MATTHEW G. ELTRINGHAM
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: matthew.eltringham@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States America,<br><br>Plaintiff,<br><br>vs.<br><br>David Rogelio Rodriguez, Jr.,<br><br>Defendant. | CR No. 21-00522-TUC-JGZ (EJM)<br><br>GOVERNMENT'S SENTENCING MEMORANDUM |

Now comes the United States of America, by and through its attorneys undersigned, and submits the following regarding the above-captioned defendant's sentencing. The sentencing is set for March 15, 2022.

**_Facts_:**

The government agrees with all of the facts as set forth in the Pre-Sentence Report ("PSR"). The government specifically incorporates in their entirety by reference paragraphs 1 through 9, inclusive.

**_Sentencing Factors pursuant to 18 U.S.C. §3553(a)_**

When fashioning an appropriate sentence, there are certain factors which are to be considered by the Court. Those factors are contained in 18 U.S.C. §3553(a). ("3553 factors.") In pertinent part they are that "[t]he court…shall consider – (1) the nature and circumstance of the offense and the history and characteristics of the defendant; (2) the need for the sentence imposed – (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; (B) to afford adequate

deterrence to criminal conduct; [and] (C) to protect the public from further crimes of the defendant…"

Looking at the 3553 factors, the defendant is a Criminal History Category III. This marks the first criminal conviction in the United States for this defendant.

The nature and circumstances of this conspiracy are troubling. This is a serious offense as the defendant attempted to smuggle into the United States 9.22 kilograms of methamphetamine, 1.14 kilograms of fentanyl, and 88 grams of cocaine. The defendant crossed the international border on six prior occasions, all showed anomalies in the same location as where these controlled substances were located. The defendant admitted that he knew he was transporting controlled substances and was doing it, "the whole … time".

The government agrees with the sentencing recommendation of probation of 120 months' imprisonment. This sentence is sufficient and not greater than necessary to hold the defendant accountable for his actions, promote respect for the law, and potentially deter the defendant, and others, from further criminal acts.

Respectfully submitted this 10th day of March, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Matthew G. Eltringham*

MATTHEW G. ELTRINGHAM
Assistant U.S. Attorney

Copy of the foregoing served electronically
or by other means this 10th day of March, 2022, to:

Jay A. Marble, Esq., attorney for the defendant